IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY J. VAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 14-769 |
| ROBERT HUSTON, et al. | : | |

## VERDICT FORM

**We the jury of eight persons unanimously find:**

    **I.**    **Kelly Vay's equal protection claims against Robert Huston.**

**A. Hostile Work Environment**

    1.    Did Robert Huston intentionally subject Kelly Vay to a hostile work environment based on her gender?

    YES \_\_\_\_\_    NO **X**

*Please proceed to Question 2.*

**B. Discrimination**

    2.    Did Robert Huston intentionally discriminate against Kelly Vay because of her gender?

    YES \_\_\_\_\_    NO **X**

*If you answered "YES" to Question 1 or 2, please proceed to Question 3.*
*If you answered "NO" to Question 1 and 2, please skip Question 3 and proceed to Question 6.*

## C. Damages

3. Did Robert Huston cause Ms. Vay to experience emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or any future non-wage monetary losses?

    YES _____      NO _____

*If you answered "YES" to Question 3, please proceed to Question 3a.*
*If you answered "NO" to Question 3, proceed to Question 4.*

3a. What amount of compensatory damages will fairly make up for the emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or any future non-wage monetary losses Ms. Vay may suffer as a result of Mr. Huston's conduct.

     $ _____

3b. If you found no compensatory damages in response to Question 3a, Ms. Vay is awarded nominal damages in the amount of $1.00.

*Please proceed to Question 4.*

4. Did Robert Huston act maliciously or wantonly in violating Ms. Vay's rights warranting punitive damages?

    YES _____      NO _____

*If you answered "Yes" to Question 4, proceed to Question 5.*
*If you answered "NO" to Question 4, please proceed to Question 6.*

5. What amount of punitive damages is warranted against Robert Huston?

     $ _____

## II. Kelly Vay's equal protection claims against Stephen Pilarski.

### A. Hostile Work Environment

6. Did Stephen Pilarski intentionally subject Kelly Vay to a hostile work environment based on her gender?

YES _____  NO **X**

*If you answered "YES" to Question 6, please proceed to Question 7.*
*If you answered "NO" to Question 6, proceed to Question 10.*

### B. Damages

7. Did Stephen Pilarski cause Ms. Vay to experience emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or any future non-wage monetary losses?

YES _____  NO _____

*If you answered "YES" to Question 7, please proceed to Question 7a.*
*If you answered "NO" to Question 7, please proceed to Question 8.*

7a. What amount of compensatory damages will fairly compensate Ms. Vay for the emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or any future non-wage monetary losses Ms. Vay may suffer as a result of Mr. Pilarski's conduct.

$_____

7b. If you found no compensatory damages in response to Question 7a, Ms. Vay is awarded nominal damages from Mr. Pilarski in the amount of $1.00.

*Please proceed to Question 8.*

8. Did Stephen Pilarski act maliciously or wantonly in violating Ms. Vay's rights warranting punitive damages?

    YES _____                NO _____

*If you answered "Yes" to Question 8, proceed to Question 9.*
*If you answered "NO" to Question 8, please proceed to Question 10.*

9. What amount of punitive damages is warranted against Stephen Pilarski?

    $_____

### III. Kelly Vay's equal protection claims against Michael Baker.

**A. Hostile Work Environment**

10. Did Michael Baker intentionally subject Kelly Vay to a hostile work environment based on her gender?

    YES _____                NO **X**

*Please proceed to Question 11.*

**B. Discrimination**

11. Did Michael Baker intentionally discriminate against Kelly Vay because of her gender?

    YES _____                NO **X**

*If you answered "YES" to Question 10 or 11, please proceed to Question 12.*
*If you answered "NO" to Question 10 and 11, proceed to Question 15.*

C.   **Damages**

12.   Did Michael Baker cause Kelly Vay to experience emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or any future non-wage monetary losses?

YES_____          NO_____

*If you answered "YES" to Question 12, please proceed to Question 12a.*
*If you answered "NO" to Question 12, proceed to Question 13.*

12a.   What amount of compensatory damages will fairly compensate Ms. Vay for the emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or any future non-wage monetary losses Ms. Vay may suffer as a result of Mr. Baker's conduct?

$_____

12b.   If you found no compensatory damages in response to Question 12a, Ms. Vay is awarded nominal damages in the amount of $1.00 from Mr. Baker.

*Please proceed to Question 13.*

13.   Did Michael Baker act maliciously or wantonly in violating Ms. Vay's rights warranting punitive damages?

YES_____          NO_____

*If you answered "Yes" to Question 13, proceed to Question 14.*
*If you answered "No" to Question 13, please proceed to Question 15.*

14.   What amount of punitive damages is warranted against Michael Baker?

$_____

### IV. Kelly Vay's equal protection claim against Michael Chichwak

**A. Hostile Work Environment**

15. Did Michael Chichwak intentionally subject Kelly Vay to a hostile work environment based on her gender?

    YES _____    NO   X

*If you answered "YES" to Question 15, please proceed to Question 16.*
*If you answered "NO" to Question 15, please proceed to Question 19.*

**B. Damages**

16. Did Michael Chichwak cause Kelly Vay to experience emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or any future non-wage monetary losses?

    YES _____    NO _____

*If you answered "YES" to Question 16, please proceed to Question 16a.*
*If you answered "NO" to Question 16, please proceed to Question 17.*

16a. What amount of compensatory damages will fairly make up for the emotional pain, suffering, inconvenience, mental anguish, loss enjoyment of life, or any future non-wage monetary losses Ms. Vay may suffer as a result of Mr. Chichwak's conduct.

    $_____

16b. If you found no compensatory damages in response to Question 16a, Ms. Vay is awarded nominal damages in the amount of $1.00 from Mr. Chichwak.

*Please proceed to Question 17.*

17. Did Michael Chichwak act maliciously or wantonly in violating Ms. Vay's rights warranting punitive damages?

YES _____   NO _____

*If you answered "YES" to Question 17, proceed to Question 18.*
*If you answered "NO" to Question 17, please proceed to Question 19.*

18. What amount of punitive damages is warranted against Michael Chichwak?

$ _____

**V. Kelly Vay's civil rights claims against Allegheny County.**

**A. Hostile Work Environment**

19. Did Allegheny County subject Kelly Vay to a hostile work environment based on her gender?

YES _____   NO __X__

*Please proceed to Question 20.*

**B. Discrimination**

20. Did Allegheny County intentionally discriminate against Kelly Vay because of her gender?

YES _____   NO __X__

*Please proceed to Question 21.*

**C. Retaliation**

21. Did Allegheny County unlawfully retaliate against Kelly Vay for complaining about discrimination because of her gender?

YES _____   NO __X__

*If you answered "YES" to Question 19, 20, or 21, please proceed to Question 22. If you answered "NO" to Questions 19, 20, and 21, please STOP and sign below.*

**D. Damages**

22.  Did Allegheny County cause Ms. Vay to experience emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or any future non-wage monetary losses Ms. Vay may suffer?

YES _____     NO _____

*If you answered "YES" to Question 22, please proceed to Question 22a.*
*If you answered "NO" to Question 22, please STOP and sign below.*

22a.  What amount of compensatory damages will fairly make up for the emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, or any future non-wage monetary losses Ms. Vay may suffer as a result of Allegheny County's conduct.

$ _____

22b.  If you found no compensatory damages in response to Question 22a, Ms. Vay is awarded nominal damages in the amount of $1.00.


**YOU COMPLETED YOUR DELIBERATIONS AND THE VERDICT SLIP. THE ELECTED FOREPERSON SHALL SIGN AND DATE BELOW AND NOTIFY THE MADAM DEPUTY YOU HAVE REACHED A VERDICT.**

Date: February 7, 2017                  _____
                                                            Foreperson